Jack Lee BOUNDS, Appellant,

v.

STATE of Missouri, Respondent.

No. 57487.

Missouri Court of Appeals,
Eastern District,
Division 5.

June 29, 1990.

---

**50**

Deborah B. Wafer, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the dismissal of his Rule 29.15 motion without an evidentiary hearing. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum, for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).